UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO DAVID BARROSO
SALAZAR (A-245-295-568),

Petitioner,

v.

WARDEN, CALIFORNIA
CORRECTIONAL CENTER, et al.,

Respondents.

No.  1:26-cv-3948 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents are directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents are directed to file an answer or motion to dismiss within 7 days from the

1

date of this order.

2. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss. A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

3. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: May 28, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Sala3948.100/2

2